# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARTMENT ASSOCIATION OF GREATER LOS ANGELES,<br><br>              Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES,<br><br>              Defendant. | Case No.: CV 17-9306 DMG (JCx)<br><br>**JUDGMENT** |

    This Court having granted Defendant City of Los Angeles' motion for judgment on the pleadings by order dated November 1, 2019,

    IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff.

DATED: November 1, 2019

                                                          *Dolly M. Gee*
                                                          DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE